CAROLAN, Respondent, v. O'DONNELL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Patrick Carolan, individually, etc., against Anthony O'Donnell and others. J. W. Osborne, for appellants. M. J. O'Brien, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, and HOUGHTON, JJ., dissent on the ground that the evidence made a mere question of fact for the jury.

---

CARROLL, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by William J. Carroll against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CASSELL & CO., Limited, Respondent, v. H. H. McCLURE & CO., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Cassell & Co., Limited, against H. H. McClure & Co. C. A. Brodek, for appellants. E. P. Lyon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re CATHOLIC WOMEN'S LEGION. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of the Catholic Women's Legion. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CHAMBERLAIN et al., Appellants, v. SHERMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Dwight P. Chamberlain and others, as executors, etc., against Stephen L. Sherman and others.

PER CURIAM. Judgment affirmed, with costs. Held, that although the finding of the trial court that the premises in question comprise a farm, within the meaning of chapter 305, p. 641, of the Laws of 1903, is contrary to and against the weight of evidence, yet the decision of the court was correct in result, and the judgment entered thereon should be affirmed.

---

CHANOWITZ, Appellant, v. UNION SWITCH CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Charles Chanowitz against the Union Switch Company. W. S. Burt, for appellant. C. MacVeagh, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., dissents.

---

CHARLES v. MANHATTAN TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Appeal from Trial Term, New York County. Action by Adelaide Charles, as administratrix of William F. Coffee, against the Manhattan Telegraph Company. From an order granting an inspection of books and papers, defendant appeals. Modified and affirmed. Darius E. Peck, for appellant. Henry C. Hunter, for respondent.

PER CURIAM. The plaintiff is entitled to an inspection of the books of the defendant. The order, however, is too broad as to what may be inspected and the period covered. The order should be modified, by striking out the provision for examination of all books and papers, except "stock certificate books, stock transfer book, dividend books, and stock certificate stubs." As to these books and papers, covering the period from December 1, 1870, to June 1, 1887, the plaintiff should be permitted an inspection according to the terms of the order appealed from. The order should be modified in conformity with this memorandum, and, as so modified, affirmed, without costs of this appeal to either party.

---

CHILDS, Respondent, v. HOWDEN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Starling W. Childs against Thomas F. Howden. A. G. N. Vermilya, for appellant. C. E. Thorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

C. H. RUGG CO., Appellant, v. ORMROD, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by the C. H. Rugg Company against William L. Ormrod.

PER CURIAM. Judgment of County Court reversed, and judgment of Municipal Court affirmed, with costs in this court and the court below.

KRUSE, J., dissents.

---

C. H. RUGG CO., Appellant, v. ORMROD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by the C. H. Rugg Company against William L. Ormrod. No opinion. Motion for leave to appeal to Court of Appeals granted.

---

CITY OF NEW YORK, Respondent, v. RICE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by the city of New York against Isaac L. Rice and another. N. G. Johnson, for appellants. T. Connoly, for respondent. No opinion. Judgment (56 Misc. Rep. 360, 107 N. Y. Supp. 641) affirmed, with costs. Order filed.

---

CLARE, Appellant, v. MUTUAL LIFE INS. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Thomas E. Clare against the Mutual Life Insurance Company of New York. No opinion. Judgment affirmed, with costs.

---

CLARKE, Appellant, v. MATZKIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Audley Clarke against Max Matzkin and others. No opinion. Judgment of the County Court of Kings county reversed, and